ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANN C. KIM (Cal. Bar No. 212438)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2579
    Facsimile:  (213) 894-0141
    E-mail:    ann.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-393-JAK |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| OSWALDO ALONZO ZUNIGA, aka "Blanco," and JOSEPH GARZA VALENTINO, | CURRENT TRIAL DATE:    [09-02-14] [PROPOSED] TRIAL DATE: [11-04-14] |
| Defendants. | CURRENT STATUS CONFERENCE/MOTIONS HEARING DATE:      [08-21-14] [PROPOSED] STATUS CONF./MOTIONS HEARING:      [10-23-14] |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ann C. Kim, defendant OSWALDO ALONZO ZUNIGA, both individually and by and through his counsel of record, Todd W. Burns, and defendant JOSEPH GARZA VALENTINO, both individually and by and through his counsel of record, Deputy Federal Public Defender Charles Brown, hereby stipulate as follows:

1.   The Indictment in this case was filed on July 8, 2014. Both defendants first appeared before a judicial officer of the court in which the charges in this case were pending on June 25, 2014. Both defendants were arraigned on July 15, 2014.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before September 16, 2014.

2.   On July 15, 2014, the Court set a trial date of September 2, 2014, a status conference date of August 21, 2014, and a motion hearing date of August 21, 2014.

3.   Both defendants are detained pending trial.  The parties estimate that the trial in this matter will last approximately 2 to 3 days.  All defendants are joined for trial and a severance has not been granted.

4.   By this stipulation, defendants move to continue the trial date to November 4, 2014, and the status conference/motion hearing date to October 23, 2014.  This is the first request for a continuance.

5.   The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.   Defendants are charged with a violations of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(ii):  Conspiracy to Possess with Intent to Distribute Cocaine, and 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii): Attempt to Possess with Intent to Distribute Cocaine.  The government has produced discovery to the defense, including 62 pages of written reports, photographs, rap sheets, and an Application for use of evidence from a closed case.  The government has also produced six discs containing both audio and video recordings that

1   took place on April 6, 8, 9, 17, 18, 19, 20, and 21, 2014; and June

2   13, 14, 16, and 23, 2014.  Some of the audio and video recordings

3   are in Spanish and will require a longer period of review.  The only

4   outstanding discovery the government is currently aware of is a

5   translation of some of the Spanish language recordings and the

6   government intends to produce those as soon as they are prepared.

7          b.   Defense counsel for defendant JOSEPH GARZA VALENTINO

8   is scheduled to be in a one defendant Felon in Possession of a

9   Firearm trial in U.S. v. Dominic Nathan Espinoza, CR 13-769-MWF,

10   starting on September 30, 2014, which is estimated to last three

11   days; and a three defendant Mail Fraud trial in U.S. v. Ernesto

12   Diaz, et al., CR 12-829-SVW, starting on October 28, 2014, which is

13   estimated to last three weeks.  Accordingly, counsel represents that

14   he will not have the time that he believes is necessary to prepare

15   for trial on the current date.

16          c.   In light of the foregoing, counsel for each defendant

17   also represents that additional time is necessary to confer with

18   defendants, conduct and complete an independent investigation of the

19   case, conduct and complete additional legal research including for

20   potential pre-trial motions, review the discovery and potential

21   evidence in the case, and prepare for trial in the event that a

22   pretrial resolution does not occur.  Each defense counsel represents

23   that failure to grant the continuance would deny them reasonable

24   time necessary for effective preparation, taking into account the

25   exercise of due diligence.

26          d.   Defendants believe that failure to grant the

27   continuance will deny them continuity of counsel and adequate

28   representation.

1          e.   The government does not object to the continuance.

2          f.   The requested continuance is not based on congestion

3    of the Court's calendar, lack of diligent preparation on the part of

4    the attorney for the government or the defense, or failure on the

5    part of the attorney for the Government to obtain available

6    witnesses.

7        6.   For purposes of computing the date under the Speedy Trial

8    Act by which defendant's trial must commence, the parties agree that

9    the time period of September 2, 2014, to November 4, 2014,

10   inclusive, should be excluded pursuant to 18 U.S.C.

11   §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay

12   results from a continuance granted by the Court at defendant's

13   request, without government objection, on the basis of the Court's

14   finding that: (i) the ends of justice served by the continuance

15   outweigh the best interest of the public and defendant in a speedy

16   trial; (ii) failure to grant the continuance would be likely to make

17   a continuation of the proceeding impossible, or result in a

18   miscarriage of justice; and (iii) failure to grant the continuance

19   would unreasonably deny defendant continuity of counsel and would

20   deny defense counsel the reasonable time necessary for effective

21   preparation, taking into account the exercise of due diligence.

22       7.   Nothing in this stipulation shall preclude a finding that

23   other provisions of the Speedy Trial Act dictate that additional

24   time periods be excluded from the period within which trial must

25   commence.  Moreover, the same provisions and/or other provisions of

26   //

27   //

28   //

1   the Speedy Trial Act may in the future authorize the exclusion of

2   additional time periods from the period within which trial must

3   commence.

4        IT IS SO STIPULATED.

5   Dated: August 7, 2014          ANDRÉ BIROTTE JR.
                                   United States Attorney
6
                                   ROBERT E. DUGDALE
7                                  Assistant United States Attorney
                                   Chief, Criminal Division
8

9                                  _____

10                                 ANN C. KIM
                                   Assistant United States Attorney
11
                                   Attorneys for Plaintiff
12                                 UNITED STATES OF AMERICA

13        I am OSWALDO ALONZO ZUNIGA's attorney.  I have carefully

14   discussed every part of this stipulation and the continuance of the

15   trial date with my client. I have fully informed my client of his

16   Speedy Trial rights.  To my knowledge, my client understands those

17   rights and agrees to waive them.  I believe that my client's

18   decision to give up the right to be brought to trial earlier than

19   November 4, 2014 is informed and voluntary.

20

21   _____        _____8 /11 /2014_____
     TODD W. BURNS                           Date
22   Attorney for Defendant
     OSWALDO ALONZO ZUNIGA
23

24        This agreement has been read to me in Spanish, the language I

25   understand best, and I have carefully discussed every part of it

26   with my attorney.  I understand my Speedy Trial rights.  I

27   //

28   //

1  voluntarily agree to the continuance of the trial date, and give up

2  my right to be brought to trial earlier than November 4, 2014.

3

4  *Oswaldo Alonso Zuñiga*                    *8/11/2014*
   _____          _____
5  OSWALDO ALONZO ZUNIGA                     Date
   Defendant

6

7                    CERTIFICATION OF INTERPRETER

8      I, *Monica Desiderio*        , am fluent in the written and

9  spoken English and Spanish languages.  I accurately translated this

10 entire agreement from English into Spanish to defendant OSWALDO

11 ALONZO ZUNIGA on this date.

12

13 _____          *08/11/2014*
                                         _____
14 INTERPRETER                               Date

15

16     I am JOSEPH GARZA VALENTINO's attorney.  I have carefully

17 discussed every part of this stipulation and the continuance of the

18 trial date with my client. I have fully informed my client of his

19 Speedy Trial rights.  To my knowledge, my client understands those

20 rights and agrees to waive them.  I believe that my client's

21 decision to give up the right to be brought to trial earlier than

22 November 4, 2014 is informed and voluntary.

23

24 _____          _____
   CHARLES BROWN                             Date
25 Attorney for Defendant
   JOSEPH GARZA VALENTINO

26

27     I have read this stipulation and have carefully discussed it

28 with my attorney.  I understand my Speedy Trial rights.  I

voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than November 4, 2014.

_____          _____
OSWALDO ALONZO ZUNIGA                     Date
Defendant

                    CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and
spoken English and Spanish languages.  I accurately translated this
entire agreement from English into Spanish to defendant OSWALDO
ALONZO ZUNIGA on this date.

_____          _____
INTERPRETER                               Date

    I am JOSEPH GARZA VALENTINO's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's
decision to give up the right to be brought to trial earlier than
November 4, 2014 is informed and voluntary.

_____          _____
CHARLES BROWN                             Date
Attorney for Defendant
JOSEPH GARZA VALENTINO

    I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I

1   voluntarily agree to the continuance of the trial date, and give up

2   my right to be brought to trial earlier than November 4, 2014

3

4   _____      8/18/2014

      JOSEPH GARZA VALENTINO        Date

5   Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28